# EXHIBIT A

## **AUTHENTIC FINGERLINGS PRODUCTS**



## AUTHENTIC FINGERLINGS PRODUCTS



## **AUTHENTIC FINGERERLINGS PRODUCTS**



## **AUTHENTIC FINGERLINGS PRODUCTS**

