# EXHIBIT C







# COWBOY
WHOLESALE

28 W 27th Street, New York, NY 10001
212-779-3040 (Store Hours: Mon thru Sun, 6AM - 8PM)
www.cowboywholesale.com

## Sales Receipt
11/15/2017 9:50 am

| Ticket: 220000132959 | Company: Walk in Wholesale |
| Register: Register 1 | Customer: Wholesale |
| Employee: Cashier 1 | |

| Item | SKU | Qty | Price | Amount |
|---|---|---|---|---|
| Electric Toy - Fun Monkey (Rechargeable - HG-708)* | CEX-FIMO110 | 1 | $17.00 | $17.00 |
| Squishy Toy - Group AA* | CEX-SA400 | 2 | $4.00 | $8.00 |
| Squishy Toy - Group B* | CEX-SA300 | 1 | $2.00 | $2.00 |

| | Subtotal | $27.00 |
| | Total Tax | $0.00 |
| | **Total** | **$27.00** |

**PAYMENTS**

| | Cash | $50.00 |
| | Change | $23.00 |

Total Item Count: 4

Thank you! We love our customers.
Shop online at www.cowboywholesale.com. Find us on Instagram @cowboywholesale.

All sales are final. Exchanges for defectives only within 7 days with receipt. No refunds.